

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2015

No. 04-15-00012-CV

John E. **RODARTE**, Sr.,
Appellant

v.

Ralph **LOPEZ**, et al,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18884
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant John E. Rodarte Sr., an inmate acting pro se, filed an appeal from the trial court's order dismissing his bill of review. A filing fee of $195.00 was due from Rodarte when this appeal was filed, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified Rodarte of this deficiency in a letter dated January 12, 2015. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** John E. Rodarte Sr. to either (1) pay the filing fee to this court by **February 19, 2015** or (2) provide written proof to this court by **February 19, 2015** that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* Tex. R. APP. P. 20.1 (setting forth requirements of affidavit or unsworn declaration of inability to pay costs); TEX. CIV. PRAC. & REM. CODE §§ 14.001 *et seq.* (West 2002 & Supp. 2014) (requiring inmate who files affidavit or unsworn declaration of inability to pay costs of

appeal to additionally file certified copy of inmate trust account statement and affidavit listing previous pro se actions).

If Rodarte fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3; *Douglas v. Turner*, 441 S.W.3d 337 (Tex. App.—Waco 2013, no pet.) (dismissing appeal where inmate failed to comply with Chapter 14 requirements in appellate court); *Douglas v. Moffett*, 418 S.W.3d 336 (Tex. App.—Houston [14th Dist.] 2013, no pet.).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2015.

Keith E. Hottle
Clerk of Court